**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Jesse Wozniak,** Plaintiff -vs- **T. Carpenter, et al.,** Defendant(s) | CV-07-1316-PHX-DGC (JI) **ORDER** |

Plaintiff has failed to return service packets and failed to respond to the Order to Show Cause concerning such service packets entered September 13, 2007. Dkt. #5. Plaintiff has a general duty to prosecute this case. Fidelity Philadelphia Trust Co. v. Pioche Mines Consolidated, Inc., 587 F.2d 27, 29 (9th Cir. 1978). Rule 41(b) of the Federal Rules of Civil Procedure provides that "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action." In Link v. Wabash Railroad Co., 370 U.S. 626, 629-31 (1962), the Supreme Court recognized that a federal district court has the inherent power to dismiss a case sua sponte for failure to prosecute, even though the language of Rule 41(b) appears to require a motion.

To determine whether Plaintiff's failure to prosecute warrants dismissal, the Court must consider five factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988) (quoting Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986)). Here, the first, second, and third factors favor dismissal of this case. Plaintiff's refusal to respond to court orders prevents this case from proceeding. The fourth factor, as always, weighs against dismissal. The fifth factor requires the Court to consider whether a less drastic alternative is available. The Court has

1. tried, without success, the less drastic alternative of requiring Plaintiff to show cause. Given
2. Plaintiff's refusal to respond, less drastic alternatives have proven to be futile. Because the
3. first, second, third, and fifth factors favor dismissal, the Court will dismiss Plaintiff's action.

**IT IS ORDERED** that the reference of this case to the magistrate judge is withdrawn.

**IT IS FURTHER ORDERED** that the Complaint (Dkt. #1) and this action are **dismissed** without prejudice for failure to prosecute pursuant to Rule 41(b). The Clerk will enter judgment accordingly.

DATED this 12th day of October, 2007.

*David G. Campbell*
United States District Judge